1 | MELINDA HAAG (CABN 132612)
United States Attorney

2 | MIRANDA KANE (CABN 150630)
3 | Chief, Criminal Division

4 | ANDREW M. SCOBLE (CABN 124940)
MATTHEW L. McCARTHY (CABN 217871)
5 | Assistant United States Attorneys
    450 Golden Gate Ave., Box 36055
6 |     San Francisco, California 94102
    Telephone: (415) 436-7249/6838
7 |     Fax: (415) 436-7234
    E-Mail: andrew.scoble@usdoj.gov
8 |         matthew.mccarthy@usdoj.gov

9 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-0293 CRB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | |
| DAVIE JIMMY MEJIA-SENSENTE,<br>   a/k/a "Crazy,"<br>   a/k/a "Loco,"<br>CARLOS MEJIA-QUINTANILLA,<br>   a/k/a "Wilfredo Oliva-Castro,"<br>   a/k/a "Sleepy,"<br>   a/k/a "Dormido,"<br>LUIS AMILAR-ZANAS,<br>   a/k/a "Luis Sana,"<br>   a/k/a "Trucha,"<br>   a/k/a "Yomo,"<br>   Defendants. | SAN FRANCISCO VENUE<br><br>Current Date: April 25, 2012<br><br>Proposed Date: June 6, 2012 |

1       The above-captioned case is currently scheduled for a status conference Wednesday, April 25, 2012. However, the government will soon produce additional discovery pursuant to the Protective Order, and defense counsel will require additional time to review that discovery. In addition, counsel for the government will be unavailable on April 25, 2012.

      Accordingly, the parties now stipulate and jointly request that the status conference currently set for April 25, 2012 be vacated, and that the Court set this matter for a status conference on June 6, 2012.

      Further, the parties stipulate April 25, 2012 through June 6, 2012 for effective preparation of counsel. The exclusion of time is necessary in light of the time needed to produce and review the requested discovery. The parties agree that the ends of justice served by granting such a

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

continuance outweighed the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(8)(A).

IT IS SO STIPULATED:

                        MELINDA HAAG
                        United States Attorney

DATED: 4-12-12              By:      /s/
                        ANDREW M. SCOBLE
                        MATTHEW L. McCARTHY
                        Assistant United States Attorneys

DATED: 4-12-12              By:      /s/
                        DAVID ANDERSON
                        Attorney for Defendant
                        DAVIE JIMMY MEJIA-SENSENTE

DATED: 4-12-12              By:      /s/
                        JAMES McNAIR THOMPSON
                        Attorney for Defendant
                        CARLOS MEJIA-QUINTANILLA

DATED: 4-12-12              By:      /s/
                        TONY TAMBURELLO
                        Attorney for Defendant
                        LUIS AMILAR-ZANAS

**[~~PROPOSED~~] ORDER**

For good cause shown, the status conference now scheduled for April 25, 2012 is vacated. The matter shall be added to the Court's calendar on June 6, 2012 for setting of future dates.

In addition, for the reasons stated above, the Court finds that an exclusion of time from April 25, 2012 through June 6, 2012 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(7)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

04/20/2012
DATED



STIP. AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE
CR 11-0293 CRB                    4